# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE LESTER, et al.,** | : | **CIVIL ACTION NO. 3:01-CV-1182** |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **GENE P. PERCUDANI, et al.,** | : | |
| **Defendants** | : | |

---

| | | |
|---|---|---|
| **PABLO ACRE, et al.,** | : | **CIVIL ACTION NO. 3:04-CV-0832** |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **CHASE MANHATTAN MORTGAGE CORP., et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 31st day of May, 2005, upon consideration of the prior orders of court directing the parties in the above-captioned cases to non-binding mediation, it is hereby ORDERED that the parties shall file a joint status report in each of the above-captioned cases on or before June 30, 2005. The joint status report shall indicate whether the parties require additional time to complete mediation.

                                                                 S/ Christopher C. Conner  
                                                               CHRISTOPHER C. CONNER  
                                                                United States District Judge