**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDDIE LESTER, et al.,** | : | **CIVIL ACTION NO. 3:01-CV-1182** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **GENE P. PERCUDANI, et al.,** | : | |
| Defendants | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **PABLO ACRE, et al.,** | : | **CIVIL ACTION NO. 3:04-CV-0832** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **CHASE MANHATTAN MORTGAGE CORP., et al.,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 2nd day of November, 2005, upon consideration of the joint status report on the progress of mediation (Doc. 287), in which the parties suggest that the mediation process will be completed by January 31, 2006, it is hereby ORDERED that the parties shall file a joint status report in each of the above-captioned cases on or before February 1, 2006. The joint status report shall indicate whether the parties require additional time to complete mediation.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge