# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE LESTER, et al.,** | : | **CIVIL ACTION NO. 3:01-CV-1182** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **GENE P. PERCUDANI, et al.,** | : | |
| Defendants | : | |

---

| | | |
|---|---|---|
| **PABLO ACRE, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-0832** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **CHASE MANHATTAN MORTGAGE CORP., et al.,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 30th day of November, 2006, following a telephone conference with the parties, it is hereby ORDERED that:

1. The briefing schedules for the Percudani defendants' motions for summary judgment (Civil Action No. 1:04-CV-0832, Doc. 107; Civil Action No. 3:01-CV-1182, Doc. 306) are STAYED pending plaintiffs' receipt from the Percudani defendants of all requested documents currently in the possession of the Pennsylvania Office of Attorney General.

    a. The parties shall file joint revised briefing schedules for the instant motions (Civil Action No. 1:04-CV-0832, Doc. 107; Civil Action No. 3:01-CV-1182, Doc. 306) on or before December 31, 2006.

   b. If the parties cannot reach a consensus, each party shall be permitted to file an individual proposal for revised briefing schedules on or before December 31, 2006.

2. Defendant Chase Manhattan Mortgage Corporation is directed to produce all documents relating to the valuation of properties owned by plaintiff and non-plaintiff borrowers and foreclosed upon on or before December 31, 2000. Such production shall occur at a date and time that is agreeable to the parties and reasonable in light of the volume of documents to be produced.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge