# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE and SHARON LESTER**, *et al.*, | : | **CIVIL ACTION NO. 3:01-CV-1182** |
| | : | |
| **Plaintiffs** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **GENE PERCUDANI**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of January, 2008, upon consideration of plaintiffs' motion to strike (Doc. 403) or, in the alternative, to file a brief in sur-reply to defendant's reply brief (Doc. 400), it is hereby ORDERED that:

1. The motion (Doc. 403) is GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED insofar as it requests leave to file a brief in sur-reply to defendant's reply brief.

    b. The motion is in all other respects DENIED.

2. The clerk of court is directed to docket Exhibit 1 and accompanying appendices, which are attached to the motion (Doc. 403), as a brief in sur-reply to defendant's reply brief.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge