IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE and SHARON LESTER**, *et al.*, | : | CIVIL ACTION NO. 3:01-CV-1182 |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **GENE PERCUDANI**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of January, 2008, upon consideration of plaintiffs' motion to strike (Doc. 404) and it appearing that it duplicates plaintiffs' previous motion (Doc. 403), after the filing of which the court instructed plaintiffs to refile their brief in support as a separate document, it is hereby ORDERED that the motion (Doc. 404) is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge