IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE and SHARON LESTER**, *et al.*, | : | CIVIL ACTION NO. 3:01-CV-1182 |
| | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **GENE PERCUDANI**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 16th day of April, 2008, upon consideration of the motion for reconsideration (Doc. 421) of the Percudani defendants,[1] which was filed on March 31, 2008, and it appearing that, as of the date of this order, defendants have not filed a brief in support of the motion, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief in support of the motion."), it is hereby ORDERED that the motion (Doc. 421) is DEEMED withdrawn, see id. (providing that failure to file a brief in support of a motion within ten days shall result in the motion being "deemed to be withdrawn").

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

---

[1] The Percudani defendants include Gene P. Percudani, Chapel Creek Homes, Raintree Homes, and Chapel Creek Mortgage Banker.