# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE AND SHARON LESTER**, *et al.*, | : | CIVIL ACTION NO. 1:01-CV-1182 |
| Plaintiffs | : | |
| v. | : | |
| **GENE PERCUDANI**, *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 28th day of June, 2010, upon consideration of plaintiffs' motion to place filed motion and supporting papers under seal (Doc. 495), it is hereby ORDERED that said motion is GRANTED. The Clerk is authorized to seal the motion and supporting papers filed by plaintiffs on June 24, 2010.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge