# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE and SHARON LESTER**, *et al.* | : | **CIVIL ACTION NO. 3:01-CV-1182** |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **GENE PERCUDANI**, *et al.* | : | |
| Defendants | : | |

-----------------------------------------------------------------------------

| | | |
|---|---|---|
| **PABLO ACRE**, *et al.*, | : | **CIVIL ACTION NO. 1:04-CV-0832** |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **CHASE MANHATTAN MORTGAGE CORP.**, *et al.* | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of October, 2013, upon consideration of the judgment and mandate (Case No. 3:01-CV-1182, Doc. 537, 538; Case No. 1:04-CV-0832, Doc. 402, 403) of the Third Circuit Court of Appeals entered in the above-captioned cases, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Prior to final enforcement of the parties' settlement agreement, plaintiffs must provide defendants the following settlement documentation:

A. Plaintiffs shall provide defendants bankruptcy orders from the bankruptcy cases of Odell and Stacy Harrison, Robert and Sylvia Johnson, and Richard and Mary Negron.

B. Plaintiffs shall provide defendants new releases from Pedro and Olga Caban, Carol Thompson, and Bernice Williams.


    /S/ CHRISTOPHER C. CONNER
CHRISTOPHER C. CONNER
Chief Judge, Middle District of Pennsylvania