# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE and SHARON LESTER**, *et al.*, | : | **CIVIL ACTION NO. 3:01-CV-1182** |
| **Plaintiffs** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **GENE PERCUDANI**, *et al.*, | : | |
| **Defendants** | : | |

-----------------------------------------------------

| | | |
|---|---|---|
| **PABLO ACRE**, *et al.*, | : | **CIVIL ACTION NO. 1:04-CV-0832** |
| **Plaintiffs** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **CHASE MANHATTAN** | : | |
| **MORTGAGE CORP.**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 5th day of December, 2013, upon consideration of defendants' motion (Case No. 3:01-CV-1182, Doc. 557) to release the supersedeas bond, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Case No. 3:01-CV-1182, Doc. 557) for release of the supersedeas bond is GRANTED in part and DENIED in part.

2. The Clerk of Court is directed to release the supersedeas bond and distribute the funds posted for the bond and any interest thereon to counsel for defendants, Marshall Anders, Esquire.

3. Attorney Anders shall hold the funds in escrow until further order of the court or the joint filing of a stipulation of dismissal.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania