# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDIE and SHARON LESTER**, *et al.* | CIVIL ACTION NO. 3:01-CV-1182 |
| Plaintiffs | (Chief Judge Conner) |
| v. | |
| **GENE PERCUDANI**, *et al.* | |
| Defendants | |

---

| | |
|---|---|
| **PABLO ACRE**, *et al.*, | CIVIL ACTION NO. 1:04-CV-0832 |
| Plaintiffs | (Chief Judge Conner) |
| v. | |
| **CHASE MANHATTAN MORTGAGE CORP.**, *et al.* | |
| Defendants | |

## ORDER

AND NOW, this 28th day of May, 2014, upon consideration of the United States Court of Appeals for the Third Circuit's judgment and mandate (Case No. 3:01-CV-1182, Doc. 537, 538; Case No. 1:04-CV-0832, Doc. 402, 403) affirming in part and vacating in part the court's December 8, 2011, order (Case No. 3:01-CV-1182, Doc. 525; Case No. 1:04-CV-832, Doc. 393) granting plaintiff's motion to enforce the settlement agreement, and it appearing that the parties have resolved any and all remaining settlement compliance issues (see Case No. 3:01-CV-1182, Docs. 541, 543, 546, 547, 548, 554, 555, 571, 575, 580, 581, 583, 584, 585, 587, 588, 589, 591, 593, 594, 596, 599, 600, 601; Case No. 1:04-CV-0832, Docs. 406, 407, 408, 410, 411, 412, 416, 417,

419, 421, 423, 424, 425, 426, 428, 429, 431), and it further appearing that the court previously directed counsel for defendants, Marshall Anders, Esquire, to hold the settlement funds in escrow until further order of the court, (see Case No. 3:01-CV-1182, Doc. 574; Case No. 1:04-CV-0832, Doc. 415), it is hereby ORDERED that:

1. Plaintiffs' motion (Case No. 3:01-CV-1182, Doc. 515; Case No. 1:04-CV-0832, Doc. 383) to enforce the settlement agreement is GRANTED.

2. Within fourteen (14) days of the date of this order, counsel for defendants, Marshall Anders, Esquire, shall transfer the settlement funds from his escrow account to plaintiffs' counsel in accordance with the terms of the parties' settlement agreement and prior orders of this court.

3. Within fourteen (14) days of the date of this order, plaintiffs shall file a letter with the court informing the court whether there are any outstanding matters, or whether the above-captioned matter may be closed.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania